# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DANA BOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0635 |
| | ) | Judge Trauger |
| RAJESH K. NANDA and PUNE HAHAN, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference in this case is **RESCHEDULED** for Monday, January 27, 2014, at 2:45 p.m.

It is so **ORDERED**.

ENTER this 3rd day of December 2013.

_____
ALETA A. TRAUGER
U.S. District Judge