# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

DANA BOWMAN, §
§
Plaintiff, §  Civil Action No.: 3:13-0635
§  **Judge Trauger**
v. §
§  **JURY TRIAL DEMANDED**
§
RAJESH K. NANDA AND PUNE §
HAHAN §
§
Defendants. §

## AGREED ORDER SETTING ASIDE PARTIAL ENTRY OF DEFAULT

By agreement of the parties, as evidenced by the electronic signatures of counsel, below,

the previously-entered Partial Entry of Default (Doc. Entry No. 25) is hereby set aside.

It is so **ORDERED**.

_____
Aleta A. Trauger, U.S. District Judge

/s/ HENRY F. TODD, JR.__
Henry F. Todd, Jr., Esq.
**TODD AND SPENCER**
404 East College St., Suite I
Dickson, TN 37055
e-mail: henrytoddjr@bellsouth.net
Telephone: (615) 446-0511
Facsimile: (615) 441-3437
**OF COUNSEL:**
Eric G. Calhoun, Esq.
**TRAVIS & CALHOUN**
1000 Providence Towers East
5001 Spring Valley Road
Dallas, Texas  75244
Telephone: (972) 934-4100
Facsimile: (972) 934-4101
*Attorneys for Plaintiff*

{01058156.1 }

s/Bryan E. Pieper
Bryan E. Pieper, Esq. (BOPR No. 016852)
William Joseph ("Paz") Haynes, III, Esq. (BOPR No. 017398)
**Bone McAllester Norton PLLC**
Nashville City Center, Suite 1600
511 Union Street
Nashville, Tennessee 37219
e-mail- bpieper@bonelaw.com
         whaynes@bonelaw.com
Phone- 615-238-6300

*Attorney for Defendant*